AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>350 W. First Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.<br>6 | DATE FILED<br>10/03/22 | |
| PLAINTIFF<br>BACKGRID USA, INC., a California corporation | DEFENDANT<br>KPWR Radio, LLC, a California limited liability company; and DOES 1-10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA0002219475 | Offset surprises his wife Cardi B with multiple bouquets of flowers at dinner - set number BGUS_1951115 - 28 images. | Stanley Potts |
| 2 VA0002227355 | *PREMIUM-EXCLUSIVE* Kim Kardashian appears to be crying during what looks to be a heated argument with Kanye West *WEB EMBARGO UNTIL 7 PM PDT on July 28, 2020* - set number BGUS_1969258 - 22 images | Carlos Ruano |
| 3 VA0002267403 | *EXCLUSIVE* Drake arrives holding his son Adonis's hand for the Lakers game - set number BGUS_2139884 | Julian White |
| 4 VA0002269038 | Saweetie promotes her new Saweetie Meal at McDonalds in Lynwood, CA - set number BGUS_2187676 - 174 images | Stanley Potts |
| 5 VA0002249280 | Dr. Dre makes his departure after dinner with a girlfriend at BOA Steakhouse - set number BGUS_2071652 - 29 images | Roger Figueroa |
| 6 VA0002050055 | Group registration, *PREMIUM EXCLUSIVE* Hot New Couple Selena Gomez and The Weeknd Can't hide their Love - set number AG_162014 - 45 images | Roberto Maciel |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy


American LegalNet, Inc.
www.FormsWorkFlow.com