UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. CV 22-7177-DMG (MAAx) | Date August 1, 2024 |
| Title *BackGrid USA, Inc. v. KPWR Radio, LLC, et al.* | Page 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE JOINT NOTICE OF SETTLEMENT [67] AND ORDER DENYING PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT [39]**

In light of the parties' Joint Notice of Settlement [Doc. # 67], indicating that the case has settled in its entirety and that the parties have executed their written settlement agreement, this action is placed in inactive status. By **September 16, 2024**, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of September 17, 2024.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Plaintiff's partial motion for summary judgment ("MSJ") [Doc. # 39] is **DENIED** without prejudice as moot. The August 2, 2024 hearing on Plaintiff's MSJ and all pretrial and trial dates are hereby **VACATED**.

**IT IS SO ORDERED**.